**Donna L. SCHWARZ, Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

No. WD 61803.

Missouri Court of Appeals,
Western District.

June 24, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 29, 2003.

Application for Transfer Denied
Sept. 30, 2003.

James Artelle Chenault, III, Jefferson City, MO, for Appellant.

Scott Cameron Hamilton, Lexington, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, Jr., and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

The Director of Revenue appeals the judgment reinstating the driving privileges of Donna Schwarz after her administrative revocation pursuant to Section 302.505 RSMo.

The judgment is affirmed. Rule 84.16(b).